IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-1692 (JFB) (SRF)<br>) |
| NETFLIX, INC. and NETFLIX STREAMING SERVICES, INC., | )<br>)<br>) |
| Defendants. | ) |

# DEFENDANTS' MOTION TO DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Netflix, Inc. and Netflix Streaming Services, Inc. (collectively, "Netflix") move to dismiss Plaintiffs' Complaint. The grounds for this motion are set forth in Netflix's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Katherine Vidal
Matthew R. McCullough
Winston & Strawn LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025
(650) 858-6500

Andrew B. Grossman
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA  90071
(213) 615-1700

February 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 5, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mark A. Fenster, Esquire<br>Reza Mirzaie, Esquire<br>Brian D. Ledahl, Esquire<br>C. Jay Chung, Esquire<br>Philip X. Wang, Esquire<br>Timothy T. Hsieh, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025-1031<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)