IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REALTIME ADAPTIVE STREAMING LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 17-1692 (JFB) (SRF) |
| | : | |
| NETFLIX, INC. and NETFLIX STREAMING SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCES**

Pursuant to Local Rule 83.7, please withdraw the appearances of Andrew B. Grossman, Katherine K. Vidal and Matthew R. McCullough of Winston & Strawn LLP on behalf of defendants Netflix, Inc. and Netflix Streaming Services, Inc. in the above-captioned matter. Morris, Nichols, Arsht & Tunnell LLP will continue to represent defendants Netflix, Inc. and Netflix Streaming Services, Inc. in this matter.

Dated: July 2, 2018

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
*Attorney for Winston & Strawn LLP*