# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

October 2, 2018

The Honorable Sherry R. Fallon  *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Realtime Adaptive Streaming LLC v. Netflix, Inc., et al.*
             C.A. No. 17-1692 (CFC) (SRF)

Dear Judge Fallon:

    Attached is a copy of Exhibit B to Netflix's opening brief in support of its motion to dismiss (D. 13).  We apologize that this was omitted from the brief as filed.

             Respectfully,

             */s/ Jack B. Blumenfeld*

             Jack B. Blumenfeld (#1014)

JBB/bac
Attachment

cc:    Clerk of Court (via hand delivery; w/attachment)
        All Counsel of Record (via electronic mail; w/attachment)