IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REALTIME ADAPTIVE STREAMING LLC, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 17-1692-CFC-SRF |
| NETFLIX, INC., and NETFLIX STREAMING SERVICES, INC., | : : : : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this Ninth day of November in 2018:

**WHEREAS,** Defendants moved to transfer this action to the Northern District of California (D.I. 20);

**WHEREAS,** under 28 U.S.C. § 636(b), Magistrate Judge Fallon issued a Report and Recommendation (D.I. 44) on Defendants' Motion to Transfer;

**WHEREAS,** the Report and Recommendation recommends that the Court **DENY** Defendants' Motion to Transfer;

**WHEREAS,** the parties did not file any objections to the Report and Recommendation within fourteen days after being served with a copy;

**WHEREAS**, the Court concludes that the Report and Recommendation should be adopted;[1]

**IT IS HEREBY ORDERED** that the Report and Recommendation (D.I. 44) is **ADOPTED**, and Defendants' Motion to Transfer (D.I. 20) is **DENIED**.

_____
CONNOLLY, United States District Judge

---

[1] The Court notes, however, that Realtime's forum choice should have been given "paramount consideration" and not any "less deference because Realtime does not maintain a place of business in Delaware." *See Realtime Data LLC v. Egnyte, Inc.*, 2018 WL 5724040 (D. Del. Nov. 1, 2018); *VLSI Tech. LLC v. Intel Corp.*, 2018 WL 5342650 (D. Del. Oct. 29, 2018).